FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Jun 20, 2023

for the
Eastern District of Washington

SEAN F. McAVOY, CLERK

TRACY LORRAINE J.

_____
*Plaintiff*
v.
COMMISSIONER OF SOCIAL SECURITY

)
)
)
)
)

Civil Action No.   2:22-CV-168-RMP

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Opening Brief, ECF No. 13, is DENIED.
Defendant the Commissioner's Brief, ECF No. 14, is GRANTED.
Pursuant to the court order at ECF No. 16, Judgment is entered for Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Senior Judge Rosanna Malouf Peterson.

Date:   6/20/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony

*(By) Deputy Clerk*

Brian Molony